**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

CHURCHILL DOWNS              :
INCORPORATED,               :
    Plaintiff,              :           CIVIL ACTION NO.
                :           1:12-CV-0517-WBH
    v.                      :
                :
COMMEMORATIVE DERBY         :
PROMOTIONS, INC., et al.,   :
    Defendants.             :

## <u>ORDER OF PERMANENT INJUNCTION</u>

This case arises out of a trademark and licensing dispute. Plaintiff is the proprietor of the Churchill Downs racetrack and the Kentucky Derby and Kentucky Oaks races and holds various trademarks associated with the track and those races. Defendants market and sell horse-racing commemorative merchandise such as clothing and souvenirs. For a time, Defendants had a licensing agreement with Plaintiff to produce and sell products bearing Plaintiff's marks. After the licensing agreement expired in 2010, Plaintiff continued to sell products that bore Plaintiff's protected marks, and Plaintiff brought this action.

By order of September 23, 2013, [Doc. 85], Judge Julie E. Carnes found Defendants liable to Plaintiff for infringing on Plaintiff's trademark rights under the

AO 72A
(Rev.8/8
2)

Lanham Act and under state law, for engaging in unfair competition, and for violating the post-termination terms of the licensing agreement. Judge Carnes later granted Defendants' motion for reconsideration and concluded, *inter alia*, that Plaintiff had abandoned its trademark in "Louisville Jockey Club" such that the use of that mark in isolation would not violate Plaintiff's trademark rights. [Doc. 98]. Judge Carnes did not, however, disturb her ruling with respect to Plaintiff's other marks that Defendants had infringed.

The parties agree that Plaintiff is entitled to an injunction, but after months of negotiations, they could not agree to the terms of that injunction. This Court then invited the parties to submit redline versions of the latest draft of the injunction from their negotiations showing their proposed changes to that draft order along with argument in support of their changes. This Court has now reviewed those submissions and concludes that the scope of both parties' proposed orders is greater than this Court will impose.

Injunctive relief must be tailored narrowly to the harm that it addresses, Osmose, Inc. v. Viance, LLC, 612 F.3d 1298, 1323 (11th Cir. 2010), and it cannot be directed at activities that have not been deemed to have caused harm, Cumulus Media, Inc. v. Clear Channel Communications, Inc., 304 F.3d 1167, 1178 (11th Cir. 2002). The harm in this case is Defendants' sale of merchandise that Judge Carnes concluded infringed

AO 72A
(Rev.8/8
2)

on Plaintiff's trademark rights, and the production and sale of products that Judge Carnes found offensive to Plaintiff's trademark rights is all that this Court is willing to enjoin. Further, this Court will not attempt to identify hypothetical activities that Defendants can or cannot engage in as the legality of those activities has not been litigated here.

In her August 8, 2014, order, granting Defendants' motion for reconsideration Judge Carnes observed that

> Defendants further request that the Court specify in greater detail the bases for finding that defendants' products infringe plaintiff's marks. The Court has provided, in the [summary judgment order], the grounds upon which defendants' products infringe upon plaintiff's marks, and will not present an itemized list at this point. Instead, the Court will address defendants' concerns when it turns its attention to the permanent injunction.

[Doc. 98 at 16].

Also, Defendants point out in their memorandum in support of their version of the injunction that they need to know what about their products were infringing so that they can take care to avoid infringing in the future. [Doc. 105 at 8].[1] As much as the undersigned wants to tell the parties that Judge Carnes' orders speak for themselves,

---

[1] Helpfully, Defendants have included an exhibit to their proposed order that they and Plaintiff agree infringed on Plaintiff's trademark rights. That exhibit is attached to this order as well.

AO 72A
(Rev.8/8
2)

a review of the case law indicates that, in crafting injunctive relief, courts have a duty to specify with precision exactly what behavior is the subject of the order.

Accordingly, this Court has carefully reviewed Judge Carnes' orders in the context of the parties' arguments.  All of the infringing merchandise identified by Judge Carnes contained a combination of elements that, when viewed in context, was likely to produce confusion in the public as to whether Defendants' products were made by Plaintiff or whether Plaintiff licensed or otherwise endorsed those products.[2] Those elements are: (1) the name "Derby," (2) the name "Oaks," (3) references to the geographic locations of the Commonwealth of Kentucky and the City of Louisville, including the word "Bluegrass," (4) the year 1875, when the Kentucky Derby was first held, (5) horse-racing imagery and/or language, (6) roses, and (7) lilies.  Defendants' infringing products, examples of which appear in the attached Exhibit, combined the following elements:

    A. Louisville, "Derby," and horse racing imagery

    B. Louisville, horse racing language, and 1875

    C. Kentucky, "Derby," and horse racing imagery

    D. "Derby," horse racing imagery, and 1875

---

[2] For a full discussion of trademark/unfair competition law as applied to this action, see Judge Carnes' order of September 23, 2013, [Doc. 85] at 6-11.

E. a depiction of roses and "Derby"

F. a depiction of lilies and "Oaks"

G. "Derby" and 1875

H. horse-racing imagery, "Derby," and "Bluegrass"

It is important to note that the combined elements were the focus of the offensive products rather than a reference descriptive of some other thing such as a famous race horse.  It appears, for instance, that Defendants sell products that relate to the race horse Secretariat and include the fact that Secretariat won the Kentucky Derby, and Plaintiff's suit raised no claim regarding the question of whether such a product would infringe upon Plaintiff's trademark.  It is further important to note that these items were sold in a context that would lead to confusion.  For example, the product or products that included a depiction of lilies and the name "Oaks" were sold in retail establishments near Louisville.  There is no indication that selling that same item in Brownsville, Texas, would or would not infringe on Plaintiff's trademark in the Kentucky Oaks horse race.

With the foregoing in mind, pursuant to 15 U.S.C. § 1116(a), Defendants are hereby permanently **ENJOINED** from producing and/or selling physical goods that combine the elements mentioned above in the manner described above in a context that is likely to cause confusion among the consuming public under the Lanham Act.  This

AO 72A
(Rev.8/8
2)

injunction further covers combinations of the above-mentioned elements in a manner that would obviously be prohibited based on Judge Carnes' orders.

**IT IS SO ORDERED,** this 27th day of January, 2016.

WILLIS B. HUNT, JR.
Judge, U. S. District Court

AO 72A
(Rev.8/8
2)

EXHIBIT





Exhibit

10

Flanery 11.15.14



**LJC Derby Day T-Shirt**

It is perhaps the most distinctive and recognizable imagery from the Louisville Jockey Club era -and now available in fine fashion. The popularity of Derby Day first began in 1875 when the Louisville Jockey Club hosted the first running of the Kentucky Derby during its inaugural spring meet held at Churchill Downs racetrack. The image is indicative of the stylized art of the era, depicting both the drama and the romance of the sport.

The Louisville Jockey Club™ Derby Day Tee features a compelling scene with horses and riders locked in competitive battle as they found the far turn into the top of the stretch. The image captures the excitement and pageantry of the early days of the Derby, predating even the fabled Twin Spires at historic Churchill Downs. It is a remarkable find, reminiscent of the glory and tradition inherent to the sport.

The Louisville Jockey Club™ Derby Day Tee is made with soft 100% ringspun cotton in a variety of colors including slate blue. The shirt is also available with the racing image on the back in "AUTHENTIC" Dirt and Turf where the shirts are hand-dyed with actual dirt and grass from the racetrack. Best of all, a portion of proceeds for each on-line purchase will



### LJC DERBY DAY BROADSIDE PRINT

We are proud to offer an exact reproduction of the renowned Louisville Jockey Club Derby Day image in versions suitable for the casual fan or the discerning art connoisseur. Established in 1875, the Louisville Jockey Club was responsible for hosting the first running of the Kentucky Derby held at Churchill Downs racetrack. The priceless original broadside banner, which currently resides in the Kentucky Derby Museum was used to promote the 1897 spring meet's biggest racing events. It is a stunning example of the distinctive artwork typical of the era.

The image features a compelling scene as horses and riders are locked in fierce competition as they found the far turn into the top of the stretch. Interestingly, the image captures the excitement and pageantry of the early days of the Derby, even before the famous Twin Spires were part of the roofline



**EST. 1875 DERBY DAY**

New LOUISVILLE JOCKEY CLUB

| | | | |
|---|---|---|---|
| 1875 ARISTIDES | 1910 DONAU | 1943 COUNT FLEET | 1976 BOLD FORBES |
| 1876 VAGRANT | 1911 MERIDIAN | 1944 PENSIVE | 1977 SEATTLE SLEW |
| 1877 BADEN-BADEN | 1912 WORTH | 1945 HOOP JR | 1978 AFFIRMED |
| 1878 DAY STAR | 1913 DONERAIL | 1946 ASSAULT | 1979 SPECTACULAR BID |
| 1879 LORD MURPHY | 1914 OLD ROSEBUD | 1947 JET PILOT | 1980 GENUINE RISK |
| 1880 FONSO | 1915 REGRET | 1948 CITATION | 1981 PLEASANT COLONY |
| 1881 HINDOO | 1916 GEORGE SMITH | 1949 PONDER | 1982 GATO DEL SOL |
| 1882 APOLLO | 1917 OMAR KHAYYAM | 1950 MIDDLEGROUND | 1983 SUNNY'S HALO |
| 1883 LEONATUS | 1918 EXTERMINATOR | 1951 COUNT TURF | 1984 SWALE |
| 1884 BUCHANAN | 1919 SIR BARTON | 1952 HILL GAIL | 1985 SPEND A BUCK |
| 1885 JOE COTTON | 1920 PAUL JONES | 1953 DARK STAR | 1986 FERDINAND |
| 1886 BEN ALI | 1921 BEHAVE YOURSELF | 1954 DETERMINE | 1987 ALYSHEBA |
| 1887 MONTROSE | 1922 MORVICH | 1955 SWAPS | 1988 WINNING COLORS |
| 1888 MACBETH II | 1923 ZEV | 1956 NEEDLES | 1989 SUNDAY SILENCE |
| 1889 SPOKANE | 1924 BLACK GOLD | 1957 IRON LIEGE | 1990 UNBRIDLED |
| 1890 RILEY | 1925 FLYING EBONY | 1958 TIM TAM | 1991 STRIKE THE GOLD |
| 1891 KINGMAN | 1926 BUBBLING OVER | 1959 TOMY LEE | 1992 LIL E TEE |
| 1892 AZRA | 1927 WHISKERY | 1960 VENETIAN WAY | 1993 SEA HERO |
| 1893 LOOKOUT | 1928 REIGH COUNT | 1961 CARRY BACK | 1994 GO FOR GIN |
| 1894 CHANT | 1929 CLYDE VAN DUSEN | 1962 DECIDEDLY | 1995 THUNDER GULCH |
| 1895 HALMA | 1930 GALLANT FOX | 1963 CHATEAUGAY | 1996 GRINDSTONE |
| 1896 BEN BRUSH | 1931 TWENTY GRAND | 1964 NORTHERN DANCER | 1997 SILVER CHARM |
| 1897 TYPHOON II | 1932 BURGOO KING | 1965 LUCKY DEBONAIR | 1998 REAL QUIET |
| 1898 PLAUDIT | 1933 BROKERS TIP | 1966 KAUAI KING | 1999 CHARISMATIC |
| 1899 MANUEL | 1934 CAVALCADE | 1967 PROUD CLARION | 2000 FUSAICHI PEGASUS |
| 1900 LIEUT. GIBSON | 1935 OMAHA | 1968 FORWARD PASS | 2001 MONARCHOS |
| 1901 HIS EMINENCE | 1936 BOLD VENTURE | 1969 MAJESTIC PRINCE | 2002 WAR EMBLEM |
| 1902 ALAN-A-DALE | 1937 WAR ADMIRAL | 1970 DUST COMMANDER | 2003 FUNNY CIDE |
| 1903 JUDGE HIMES | 1938 LAWRIN | 1971 CANONERO II | 2004 SMARTY JONES |
| 1904 ELWOOD | 1939 JOHNSTOWN | 1972 RIVA RIDGE | 2005 GIACOMO |
| 1905 AGILE | 1940 GALLAHADION | 1973 SECRETARIAT | 2006 BARBARO |
| 1906 SIR HUON | 1941 WHIRLAWAY | 1974 CANNONADE | 2007 STREET SENSE |
| 1907 PINK STAR | 1942 SHUT OUT | 1975 FOOLISH PLEASURE | 2008 BIG BROWN |
| 1908 STONE STREET | | | 2009 MINE THAT BIRD |
| 1909 WINTERGREEN | | | 2010 SUPER SAVER |

CDP 000005





### LJC Ladies Complimentary T–Shirt

In the early days of the racing (and other sporting events of the era), women were encouraged to attend a major event to help attract the gentlemen who would inevitably follow. In the Louisville Jockey Club era, complimentary badges were provided for the ladies to provide easy access to these social gatherings. It was a timeless and successful promotional strategy still alive and well today.

The Louisville Jockey Club™ Ladies Complimentary t-shirt was inspired by an official badge to honor the roots of this historic tradition at Churchill Downs. The Ladies Complimentary tee features a trio of etched horse and riders amidst the scrolling and tonal embellishments emblematic of the era. The ultra-soft lightweight pink shirts feature insignias representing the establishment of Derby Day during the inaugural Spring Meeting of the Louisville Jockey Club in 1875. Shirts are 100% ringspun cotton and cut to compliment a woman's figure.

This one is just for the ladies for Derby Day or any day - order yours now!



### LJC BOOKMAKER T-SHIRT



Before computers, before simulcasting and electronic technology connected bettors from all over the globe, even before the invention of ticket windows and pari-mutuel wagering at racetracks, there was the Bookmaker. In the early days of the sport, the Bookmaker or "Bookie" was a vital ingredient to the success of any racing enterprise. Providing the odds, accepting wagers, and paying out winnings were all a part of the duties in this colorful profession. In the late 19th century era of the Louisville Jockey Club, prior to the installation of tote machines at Churchill Downs, the only way to make a bet on the Kentucky Derby was through the expertise of these officially sanctioned professionals.



CDP 000010



## LJC BALLCAP

The Louisville Jockey Club™ ballcap will literally top off your Derby Day fashion. The popularity of Derby Day first began in 1875 when the Louisville Jockey Club hosted the initial running of the Kentucky Derby during its inaugural spring meet held at Churchill Downs racetrack. Pay tribute to the grand tradition and nostalgic origins of the event with this classic ballcap.

Each 100% brushed cotton twill cap with contrasting sandwich bill, sewn eyelets and top button features the vintage Louisville Jockey Club logo in detailed red and gold stitching on the bill and "Derby Day, Est. 1875" above the rounded arch on the back of the cap. Available only in black with red contrast.

Derby history and headwear all rolled into one - order yours now!

**Availability:** Usually ships in 2-3 business days

$21.00    Order



CDP 000012



CDP 000013



# DERBY

## TRADITION

### EST. 1875

CDP 000014



# New LOUISVILLE
## Jockey Glub.

Spring Meeting

# Derby Day, April 29, 1901.
## 12 DAYS RACING FROM APRIL 29 TO MAY 11.
### $50,000 00 IN STAKES AND PURSES   Excursion Rates on Railroads and Steamboats

CDP 000016



## LJC HORSESHOE T-SHIRT

The stylized art of the Louisville Jockey Club era are indicative of the nostalgic romance these bygone days brought to the sport of racing.

The Louisville Jockey Club™ Horseshoe Tee features a colorful scene of horses and riders kicking up clouds of dirt as they emerge from a vibrant red horseshoe. The image captures the pageantry of the Louisville Jockey Club's spring meeting of 1901.

The Louisville Jockey Club™ Horseshoe Tee is made with soft 100% ringspun cotton in sizing for both ladies and gentlemen. The shirt is available in chestnut for the men and hot pink for women. Best of all, a portion of proceeds for each on-line purchase will assist the Secretariat Foundation as well as the Permanently Disabled Jockey Fund.

Racing history and heritage rolled into one great T-shirt!



### LJC Horseshoe Print

We are proud to offer an exact reproduction of the rare 1901 Louisville Jockey Club Horseshoe banner. Established in 1875, the Louisville Jockey Club brought a new addition and excitement to organized racing in Kentucky and presided over the first running of the Derby. This priceless image of an original broadside banner from the Kentucky Derby Museum was used to promote the 1901 spring meet and its associated racing events. It is a prime example of the distinctive artwork typical of the era.

The image features a colorful scene of horses and riders as they thunder down the stretch, creating a trail of billowing dirt clouds behind. The image captures the excitement and pageantry of the early days of Kentucky racing. The nostalgic mention of "excursion rates" for visitors arriving by train or steamboat attest to the popularity of horse racing in Louisville, even back at the turn of the century.

# NEW LOUISVILLE Jockey Club.




## DERBY TRADITION



CDP 000020



CDP 000024



CDP 000025



CDP 000028



CDP 000022



CDP 000023



CDP 000026



CDP 000027